

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. PD-1368-10

**BUD PURDY, Appellant**

**v.**

**THE STATE OF TEXAS**

### ON STATE'S PETITION FOR DISCRETIONARY REVIEW
### FROM THE SEVENTH COURT OF APPEALS
### HUTCHINSON COUNTY

*Per curiam.*

### O P I N I O N

A jury found Appellant guilty of aggravated assault and assessed punishment at 18 years' imprisonment. The Court of Appeals reversed the conviction, finding the evidence factually insufficient. Purdy v. State, No. 07-09-00058-CR (Tex. App. — Amarillo 2010).

The State has filed a petition for discretionary review contending the Court of Appeals applied an improper standard of review when it held the evidence was factually insufficient, and questioning whether the "too weak" prong of the factual sufficiency analysis should be abandoned.

This Court granted discretionary review in <u>Brooks</u> in order to address whether a meaningful distinction exists between a legal sufficiency standard under <u>Jackson v. Virginia</u>, 443 U.S. 307 (1979), and a factual sufficiency standard under <u>Clewis v. State</u>, 922 S.W.2d 126 (Tex. Crim. App. 1996), and whether there is a need to retain both standards. The Court decided that the standard of review under <u>Jackson v. Virginia</u> is the only standard a reviewing court should apply in determining whether evidence is sufficient to support each element of an offense the State is required to prove beyond a reasonable doubt. The Court overruled all cases to the contrary. <u>Brooks v. State</u>, ___ S.W.3d ___ (Tex. Crim. App. No. PD-0210-09, delivered October 6, 2010), slip op. at 30. The parties' motions for rehearing were denied on November 17, 2010. The Court of Appeals in the instant case did not have the benefit of our opinion in <u>Brooks</u>. Accordingly, we grant the State's petition for discretionary review, vacate the judgment of the Court of Appeals, and remand this case to the Court of Appeals for further action in light of our opinion in <u>Brooks</u>.


Delivered: January 12, 2011
Do Not Publish